IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dino N. Theodore and Access with Success Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc., <br><br> Defendant. | 1:18-cv-12147-DPW <br><br> DISTRICT JUDGE <br> DOUGLAS P. WOODLOCK |

## STATUS REPORT REGARDING ARBITRATION

Pursuant to the Court's order (ECF No. 47), Defendant Uber Technologies, Inc., through counsel, hereby submits this status report regarding the ongoing arbitration proceedings. Defendant's counsel sent a copy of this report to Plaintiffs' counsel for his input. However, Plaintiffs' counsel did not consent to filing this report on a joint basis before the filing deadline.

1. On December 1, 2020, the parties filed a status report indicating that Defendant submitted a dispositive motion and that Plaintiffs opposed that motion. ECF No. 58.

2. The arbitrator has since ruled on the dispositive motion in favor of Defendant.

Dated: February 1, 2021

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

s/ Stephanie Schuster
Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6595
F: (202) 739-3001
stephanie.schuster@morganlewis.com

Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300

1

Miami, FL 33131
T: (305) 415-3330
F: (305) 415-3001
annemarie.estevez@morganlewis.com

Elizabeth G. Hays (BBO #688131)
One Federal Street
Boston, MA 02110
T: (617) 341-7700
F: (617) 341-7701
liza.hays@morganlewis.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on February 1, 2021.

/s/ Stephanie Schuster