IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dino N. Theodore and Access with Success Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc., <br><br> Defendant. | 1:18-cv-12147-DPW <br><br> DISTRICT JUDGE <br> DOUGLAS P. WOODLOCK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Dino N. Theodore and Access with Success, Inc. and Defendant Uber Technologies, Inc., through counsel, stipulate to the dismissal of this action with prejudice, with each side to bear its own costs and fees.

| | |
|---|---|
| Dated: March 7, 2022 | Respectfully submitted, |
| **SHAHEEN GUERRERA & O'LEARY, LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| s/ Nicholas S. Guerrera <br> Nicholas S. Guerrera, BBO# 551475 <br> 820A Turnpike Street <br> North Andover, MA 01845 <br> T: (978) 689-0800 <br> nguerrera@sgolaw.com | s/ Stephanie Schuster <br> Stephanie Schuster (*pro hac vice*) <br> 1111 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> T: (202) 373-6595 <br> F: (202) 739-3001 <br> stephanie.schuster@morganlewis.com <br><br> Anne Marie Estevez (*pro hac vice*) <br> 200 Biscayne Boulevard, Suite 5300 <br> Miami, FL 33131 <br> T: (305) 415-3330 <br> F: (305) 415-3001 <br> annemarie.estevez@morganlewis.com <br><br> Elizabeth G. Hays (BBO #688131) <br> One Federal Street <br> Boston, MA 02110 <br> T: (617) 341-7700 |

F: (617) 341-7701<br>
liza.hays@morganlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on March 7, 2022.

s/ Stephanie Schuster<br>
Stephanie Schuster